ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeal of -- | ) |
| | ) |
| Pro-Built | ) ASBCA No. 59370 |
| | ) |
| Under Contract No. W5J9JE-10-D-0028 | ) |

APPEARANCE FOR THE APPELLANT:     William J. Spriggs, Esq.
    Spriggs Consulting Services
    Lynchburg, VA

APPEARANCES FOR THE GOVERNMENT:     Thomas H. Gourlay, Jr., Esq.
    Engineer Chief Trial Attorney
    Pietro O. Mistretta, Esq.
    Matthew S. Tilghman, Esq.
    Engineer Trial Attorneys
    U.S. Army Engineer District, Middle East
    Winchester, VA

ORDER OF DISMISSAL

The dispute which is the subject of this appeal having been settled, the appeal is dismissed with prejudice.

Dated:  4 April 2017

LYNDA T. O'SULLIVAN
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 59370, Appeal of Pro-Built, rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals